UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC HEALTH REFORM ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　Defendant. | Civil Action No. 25-1336 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's October 7, 2025, Minute Order, Plaintiff Public Health Reform Alliance and Defendant Department of Health and Human Services (the "Department" or "HHS") have conferred and provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding (1) a request to the Centers for Disease Control and Prevention ("CDC") for certain communications between CDC and the Information Integrity Research and Design Interagency Working Group (the "Working Group"); (2) a request to the HHS FOIA Office within the Office of the Secretary ("OS FOIA") for certain communications between the Surgeon General and the Working Group; (3) a request to the Food and Drug Administration ("FDA") for certain communications between FDA and the Working Group; and (4) a request to National Institutes of Health ("NIH") for certain communications between NIH and the Working Group.  Compl. ¶¶ 6, 19, 25, 29, ECF No. 1.

　　**CDC:** As previously reported, HHS has completed its search for potentially responsive records and has located approximately 14 pages of responsive records. HHS has sent the records to other agencies for consultation. HHS expects to release any nonexempt portions of responsive pages once it receives the pages back from the consultation process.

1

**Surgeon General:** HHS continues to search for potentially responsive records and expects to provide further updates on the status of the search before the parties' next Joint Status Report.

**FDA:** FDA has completed its search and has identified approximately 12 pages of potentially responsive records. FDA proposes to release all responsive, non-exempt records by December 15, 2025.

**NIH:** The parties are meeting and conferring to discuss the scope of NIH's search for potentially responsive records. NIH has requested that Plaintiff clarify the FOIA request to identify whom at NIH may have communicated with the Working Group. To that end, NIH has asked Plaintiff to provide a proposed list of NIH custodians.

Given these updates, the parties propose filing another status report in approximately sixty days, or on or before January 19, 2026, to report on the status of the parties' discussions and the agencies' search, processing, and production.

\*   \*   \*

Dated: November 19, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Jesse R. Binnall* <br> Jesse R. Binnall (VA022) <br> BINNALL LAW GROUP, PLLC <br> 717 King Street, Suite 200 <br> Alexandria, VA 22314 <br> Phone: (703) 888-1943 <br> Fax: (703) 888-1930 <br> Email: jesse@binnall.com <br><br> *Counsel for Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By:  */s/ Erika Oblea* <br> ERIKA OBLEA, D.C. Bar #1034393 <br> Assistant United States Attorney <br> U.S. Attorney's Office, Civil Division <br> 601 D Street, N.W. <br> Washington, DC 20530 <br> (202) 252-2567 <br> Erika.oblea@usdoj.gov <br><br> *Counsel for Defendant* |